UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL G. KAPLAN | * | CIVIL ACTION |
| =versus= | * | NO. 08-4714 |
| PRIME DEMOLITION & DISPOSAL, LLC, ET AL | * | SECTION I, MAG. 4 |

************************************************************************

### ORDER

Considering the foregoing consent motion to remand,

**IT IS HEREBY ORDERED** that the plaintiff's Motion to Remand is hereby Granted and the above entitled case hereby REMANDED to the Civil District Court for the Parish of Orleans.

Thus done and signed this  8th  day of  January , 2010.

New Orleans, Louisiana

_____
**JUDGE**